**April Whitfield**
C: 702-454-0858
aprilwhitfield@gmail.com

21st of July 2020

**To: Whom it may concern**

My name is April Whitfield and I have known Dr. Bruce Baker and his family for 19 years, professionally and personally.

I met Dr. Baker in July of 2001 when I graduated from Dental Assisting School in San Diego, California. I was highly recommended by our school Principal to apply at Dr. Baker's Pediatric office and he and I met for the first time during my job interview. Dr. Baker took a chance on me, then a freshly graduated Dental Assistant without prior professional experience in the field apart from school training, a mother of two toddlers who was mourning the death of her husband and was starting fresh in life. He saw potential in me, trusted his instincts and hired me. He showed me duties that went beyond what a classroom can teach. I progressed in my profession but he did not halt the training once he saw me improve in one part of the dental field. He had me learn all aspects of a dental practice and the different duties that each entails. Unbeknownst to me at that time, Dr. Baker was preparing me to become a strong-all-around-Dental Assistant and Office Manager. It was very unknown to me just how strong. He was with me every step of the way, when things got tough, he was there encouraging and giving moral support, telling me to trust in myself, willing me to see what he sees in me. His practice has become my launching pad in my current profession. I now reside in Nevada and when I moved here, I did not have a hard time securing a job due to the experience that I have practiced at Dr. Baker's. I had amazing skill sets and experience under my belt. I was offered jobs at each dental practice that I interviewed with and once they saw my skills during my working interviews, I was strongly sought after by each of them. A significant part of my success is attributed to Dr. Baker's unyielding belief in me. I have stayed with Dr. Baker and his practice for ten years. Dr. Baker has not only been a boss to me but has become a father to me and I consider myself a part of his family. In personal challenging times, Dr. Baker has been there by my side to lift, help and support me. He had wise advice that he shared with me that has significantly assisted me to get through hard times. Up to now, Dr. Baker is one of the people I go to when I feel lost or if I feel uncertain. His words and wisdom are one of the few I seek before I execute a major decision.

I feel very fortunate that Dr. Baker has taken a chance on me all those years ago because I refuse to imagine what the alternative would have been if he had not taken that chance.

Sincerely,

April Whitfield

EXHIBIT A

To Whom It May Concern,

I am honored to provide character reference for Dr. Bruce Baker. I have known Dr. Baker for thirteen years after I was hired in 2007 for a dental assisting position. I have always held Dr. Baker in the highest regard. He inspired and guided me to further my dental career and eventually pushed me to attend dental hygiene school. Dr. Bruce Baker has always shown professionalism throughout the time that I have known him. Dr. Baker has been a loyal employer to me as well as a mentor throughout the last thirteen years. He has an ideal blend of efficiency and compassion when it comes to his work that I truly admire. Any employee and/or patient should feel secure with his knowledge and expertise as a dentist, as they are in the best hands.

Thank You, Brooke Milholland, RDH 29567
(951) 306-8771

June 19th, 2020

To whom it may concern,

    My name is Lisa Robles I have worked alongside Dr. Bruce Baker for 8 strong years, and he has always been the type of man to teach and to guide. He is someone you can approach with any questions or concerns and gives you an honest and sincere answer. He comes to the office every morning with a smile on his face and a positive outlook. Dr. Baker is a genuine trustworthy person with the best intentions for everyone around him, very caring. Overall, I consider Dr. Baker to be a smart motivated man and anyone that can learn from his knowledge would be extremely fortunate. If you have any further questions my number is 951-765-7488 and my address is 1008 Burton St Hemet, Ca 92545, please don't hesitate to reach out if needed.

-Lisa Robles

07/29/2020

TO WHOM IT MAY CONCERN:

I have worked for Dr. Bruce Baker for 5 years out of my 15yr of dental experience. I only have wonderful things to say about him. He is the most inspiring Dentist that I have ever worked for. His inspiration is so contagious that it spreads to his patients and employees. His patients love him. He is so patient and also the most caring dentist I have ever worked for. He truly cares for his patients. I've never worked with such a great person who takes the health of his patients over the mighty dollar.

I have done front office for him and billing insurance companies for the past 5 years. He is always willing to help the patient financially. The patient's parents also love Dr. Baker. Patients that have come in as a child and grow up continue to stay. Instead of going to an adult dentist, they continue to show that they truly love being here. Dr. Baker has a mind that anything you set your mind to you can accomplish. He is also very professional and passionate about his career.

He is a very hard worker always checking on his patients. Even during this crisis when we were closed. He kept calling the office to see if any patients needed him to come in. He checked frequently on his staff and patients to make sure they were okay. This crisis the COVID-19 really shows you peoples true colors. We all saw his love for his patients. I feel that he is such a great dentist I even brought him in my grandson. My grandson Isaac also felt the same way. He didn't question how I was going to pay or what insurance I had. He told me not to worry about it. He is truly a wonderful person inside and out. Couldn't imagine working for anyone else.

Please feel free to contact me at (714) 398-7917for any further questions.

Sincerely,

Kelly Tomlinson
Insurance Biller

August 1, 2020

The Hon. Judge Cynthia Ann Bashant

U.S. District Court

Southern District of California

221 W. Broadway

San Diego, CA 92101

RE: Dr. Bruce Baker

Your Honor,

My name is Dr. Tony Hashemian. I am the former Associate Dean for Global Oral Health and assistant professor at A.T. Still University (ATSU), Arizona School of Dentistry & Oral Health (ASDOH). Dr. Baker has been a close friend of mine for some time now. Over the years that I have known him, he has been a community-minded individual who regularly puts the needs of others before his own. He has always been an upright character in the community and our friendship.

I was particularly dismayed to hear of Dr. Baker's transgression. I have spoken to him in regards to the events in question. I can honestly say that he is truly disappointed with himself and that all this is a source of intense regret and embarrassment for him. I would especially like to point out that greediness is not a part of his nature. Quite the contrary, his actions in the past have convinced me that he is a selfless and generous man. He has never been before the courts previously and, I believe, he will never be before them again. Most importantly, this is an incident he would like to learn from, take full responsibility for and move forward with his life.

I wish him the best in the endeavor so he may continue the positive contribution that he makes to our society.

Sincerely,

*Tony Hashemian* (signature)

Dr. Tony Hashemian

Scottsdale, Arizona

(602) 743-7758

Dear Mr. Baker and Mrs. Baker

I'm really thankful for the gift you gave me and my sister I also appreciate you guys being there for my family, my sister, mother and I are very thankful, God Bless you guys and we hope you guys always have work in your Dental OFFICE.

Sincerely
Karla and Jaime Camacho



so much



EXHIBIT B



Dr. Baker and Staff,

Thank you so very much for taking such excellent care of Sammi. It had been a very difficult few days for her and it was wonderful to have such a tremendous group of people tending to her. Thank you for everything!

Gratefully,
Jenn Pruske



**ISCC**
International Society for
Children with Cancer

July 25, 2012

Mr. Bruce Baker, D.M.D.
13422 Pomerado Rd, Ste 201
Poway, CA 92064

Dear Mr. Baker:

It is a special person who gives from the heart so that others can find new life and hope when they think all the doors are closed to them. And you are such a person!

Thank you for your kind and generous donation of $1,500.00 to International Society for Children with Cancer (ISCC) **in memory of Mr. Abdolreza Eizadi** which we received on July 25, 2012. Your generosity will make an immediate difference in the lives of cancer stricken children.

As you are aware, many children lose the battle against the disease because of poverty and financial problems. We believe that no child with cancer should lose their life to the disease of poverty, thank you for taking part in our belief. For one thing, your generosity helps us cover the costs of treatments that are not covered by insurance for a child diagnosed with cancer.

You can read about the lives that are being saved – and your important part in it – at www.iscc-charity.org.

Once again, thank you for making a difference.

Sincerely,

Susan Shahidi
Director of Public Relations

**Federal Tax ID # 73-1712284**        **Contribution: $1,500.00**
This letter serves as the receipt you will need for tax purposes. ISCC is an IRS-recognized 501(c)3 nonprofit charitable organization. Please consult with your tax advisor on the amount you may deduct for tax purposes. No goods or services were provided in exchange for your generous donation.



EXHIBIT C

16808 Armstrong Ave., Ste. 170 • Irvine, CA 92   Fax (949)679-3399 • www.iscc-charity.org

Ms. Maryam Eslami Rezaei
1467 S Holt Avenue, Apt. 7
Los Angeles, CA 90035
U.S.A.

June 28, 2020

Sub:    Letter of Good Character for Dr. Bruce B. Baker

Dear Sir / Madam (To Whom It May Concern),

My name is Maryam Eslami Rezaei. I am writing this letter as a character reference for Dr. Bruce B. Baker. My determination of Dr. Baker's good character is based on the length of time that I have known him as well as one of his past actions that I witnessed myself.

I am a real estate broker in Los Angeles and have had the pleasure of knowing Dr. Bruce B. Baker for three years through working for him and his partner on a purchase/renovation of an apartment building here in Los Angeles. When Dr. Baker and his partner purchased the building, their plan was to renovate it extensively. At the time of purchase, only two tenants were renting the units in the building. The building had to be empty for the renovations to take place and I was given the task of negotiating with the tenants to facilitate the end of their leases. The first tenant agreed to end his lease for a cash payment in accordance with the relevant California law. The second tenant was also willing to leave for a cash payment, but disputed the amount she felt that she should be paid. According to the California law governing the matter, this tenant was entitled to $25,000.00 (the amount we offered her) as the lease in question only contained hers as well as her daughter's names on it. The tenant however claimed that, as her mother and boyfriend were also living in the apartment (though their names were not on the lease), she was entitled to a payment of $50,000.00. Dr. Baker (and his partner) offered the tenant $35,000.00 in an attempt to reach a compromise, but she refused and insisted on litigating the matter.

We went to court and the judge found that the tenant was entitled to the original $25,000.00 we had offered her. This is where, I believe, Dr. Baker's generosity really shines through. As it happened, upon the judge's ruling the tenant was very upset and contacted me requesting that I please ask Dr. Baker to pay her the original compromise amount of $35,000.00 that had been offered (please bear in mind that at this point a judge had just ruled that she was legally entitled to $25,000.00). The tenant stated that she needed the extra $10,000.00 for her daughter's education. To my astonishment, upon conveying the tenant's request to Dr. Baker, he immediately agreed to pay the tenant the extra $10,000.00. Dr. Baker told me that he as he himself had benefited immensely from the opportunities education had afforded to his life, he was happy to help someone else achieve those opportunities. Therefore, even though D̶r̶.̶ ̶B̶a̶k̶e̶r̶ had no obligation to pay the tenant the extra $10,000.00, he ̶w̶a̶s̶ ̶h̶a̶p̶p̶y̶ to help her daughter's

**EXHIBIT D**

educational needs. I feel that this speaks volumes to Dr. Baker's good character and I am happy to attest as such.

Thank you for your time. Please feel free to contact me should you wish to discuss this matter further.

Regards,

(Maryam Eslami Rezaei)
Phone: (310) 739-1188
E-Mail: maryamr@bhhscaprops.com
maryamrezaeirealtor@gmail.com

1



# UC San Diego
## MOORES CANCER CENTER

Date: 7/28/20

RE:   Dr. Bruce Bakhshi Baker
      PO Box 669
      Poway, CA 92074

      DOB: 3/10/1946

To Whom It May Concern:

Dr. Bruce Baker has been a patient of mine since 2008, followed at the UCSD Moores Cancer Center for a diagnosis of T-cell large granular lymphocytic (LGL) leukemia.

He was evaluated by me today. He remains immunocompromised and neutropenic with an absolute neutrophil count of 0.8 1000/mm3. He is at increased risk of complications from infection and should avoid possible exposure.

Please contact me if additional information is needed.

Sincerely,

*[signature]*

Thomas J. Kipps, MD
Distinguished Professor of Medicine
Director, Center for Novel Therapeutics
UC San Diego Moores Cancer Center
9310 Athena Circle
La Jolla, CA 92037
(858) 534-5400

3855 Health Sciences Dr. #0698   La Jolla,   **EXHIBIT E**   (858) 822-5354   FAX: (858) 822-5380

To,
The Hon. Judge Cynthia Ann Bashant
U.S. District Court
Southern District of California
221 W. Broadway
San Diego, CA 92101

Sub: Statement of Apology & Humble Petition

Dear Hon. Judge Bashant,

My name is **Bruce B. Baker**. I am a pediatric dentist who is 74 years old and a resident of San Diego.

I wish to express directly to you how very sorry I am for the crimes that I have plead guilty to. Many years ago I placed my trust in Rabbi Yisroel Goldstein, a man I first met in 1984 when I first moved to San Diego with my young family.

As an Iranian Jew in the North County of San Diego in 1984, I was a minority within a minority. In a strange new city where I was an outsider, Rabbi Goldstein became not only my Rabbi and spiritual advisor, but also my friend. In the country where I was born and raised (Iran) being a Jew was not something to be open about, or proud of, and I experienced a lot of discrimination growing up. Rabbi Goldstein taught me that in the United States one could be proud and open to be a Jew. From a spiritual perspective I cannot sit here today and deny the fact that Rabbi Goldstein was one of the most important people in my life and, even with everything that has now happened, I still am g[rateful] for his role in turning me back towards Judaism.

EXHIBIT F

Please understand that I am not trying to make excuses for myself or my actions. I broke the law freely and with full knowledge. What I am trying to say is that because Rabbi Goldstein was involved I was able, due to his involvement and the regard I held for him, justify my illegal actions to myself.

I am now in the twilight of my life. I am 74 years old and have CLL (a type of Leukemia). I have destroyed the reputation I built after 35 years of working in San Diego and Riverside, serving the community as a dentist, and helping children and families. Over the years I engaged in all manner of charity work (as a dentist) in and around the United States and abroad (the Dominican Republic). In my own everyday practice I would often treat my patients (children) for free or accept whatever sort of limited payment their parents could afford. Perhaps with enough time I could gain some of this reputation back, but as a 74 year old man with Leukemia I, unfortunately, do not have that kind of time. This is what hurts me the most, the fact that I do not have enough time to try and regain some of the reputation that my stupid and illegal actions have destroyed.

Judge Bashant, I wish to humbly petition you to allow me (if you feel that it is warranted) to serve some or any part of my sentence / punishment through volunteer work as a dentist (i.e. treating patients for no charge). As I stated above, due to my age and medical condition, I do not know how much time I have left on this earth to try and make up for my illegal actions, but I would so grateful for a chance to try. Before my guilty plea and this unfortunate series of events brought on by my own stupidity and illegal actions, I was in the process of joining the U.C. San Diego student-run free dental clinic in Lemon Grove. The opportunity to give back to my community through to treating low-income patients for free at the U.C. San Diego Clinic would be one that I would be most grateful for.

Thank you for this opportunity to address you Judge Bashant.

Sincerely,

(Bruce Baker)

Dear Honorable Judge,

My name is Edmond and I'm a cousin of Dr. Bruce Baker. I understand that Dr. Baker is going through a difficult period involving a legal matter and, therefore, I wanted to take this time and share with you what I have discovered about Dr. Baker.

I've known Dr. Baker for more than 40 years. In the past 14-16 years, we've become very close. Outside of his immediate family (wife and 2 children), I would say that I probably know him better than anyone else! Why? Well, for one reason, one of the masters I received involves observing and assessing people, circumstances, and so forth and, thus, I've derived lots of intelligence on who Dr. Baker truly is and what he is about.

I'd like to share with you who Dr. Baker really is and the impact he has made on other people's lives.

Here are some examples for your consideration:

<u>Case-in-point #1:</u> In early 2017, my oldest brother (David) was diagnosed with pancreatic cancer (at the age of 59). David had a unique and unfortunate circumstance in that (after being married for more than 35 years), his wife had a breakdown and left him (with David having 6 months to live – according to the doctors). David's wife never took him to any chemotherapy, radiation appointments, doctor appointments…and she essentially moved out. Throughout David's battle with Pancreatic Cancer and his family drama+stress, Dr. Baker was among the few who stood behind David and supported him unconditionally (emotionally, spiritually, financially). Dr. Baker would regularly drive down to LA from San Diego (and take time away from his own family) to spend time with David, take him out, eat meals with him, give him his medications, give him hope, give him the strength to persevere, enable peace for him, put food on this table, put a smile on his face by telling jokes and stories, and more.

Dr. Baker did not have to do any of this, but he did because deep down, he is a philanthropist who gets great joy by helping others. As a result of Dr. Baker's kindness and good heart, David lived for 14 months instead of the 6 months that the doctors gave him. At the end, the Cancer won **but** David left with some degree of joy, happiness, and peace - thanks to a strong support group which included Dr. Baker! If it wasn't for Dr. Baker's acts of kindness and good heart, I promise you that David would of passed away much sooner. May he Rest-in-Peace.

<u>Case-in-point #2:</u> From early 2017 to July/2019, I not only lost my brother in early 2017, but also lost my father and mother on June 6, 2019 and July 7, 2019, respectively. This two-year span was the most difficult period of my life (i.e.: David's circumstance, a significant stroke that caused my mother to lose the right side of her body and not be able to speak, my father being diagnosed with Leukemia, etc. With all this going on (plus other pressures and stress in my life), there was **only** one person (besides my sister) in my life that supported me unconditionally – Dr. Baker! Dr. Baker would call me nearly every day to mentor me, would drive to LA to support me emotionally and spiritually, would invite me to San Diego to spend time with him and his family, and so forth. But, perhaps, what I'm most grateful in having Dr. Baker in my life for is all the mentoring and advise he has shared with me to help me become even a better person! – examples: more giving, caring for others, giving to others is better than receiving from others, etc.

In closing Judge, I looked up to my dad like I looked up to no one else. My dad was a righteous man and an outstanding father! I would like to let you know Judge something very personal: Dr. Baker has become not only my brother but now like my **father.** It brings tears to my eyes sharing this with you because I can't tell you how much he has meant to me and how positive and impactful he has been. For example, when others did me wrong, Dr. Baker mentored me and gave me the wisdom and strength to stay above other's wrongdoing and let it go and to move forward.

Dear Honorable Judge – I hope I've done a reasonable job of providing you with an idea of how much Dr. Baker means to those around him and the community he is involved with. **I consider Dr. Baker as my brother and like a father, and, to be honest,** (besides my sister and brother) **he is the only other person that I would take a bullet for.** He is kind, caring, compassionate, and giving beyond limits.

Thank you for your time and consideration Judge.

Sincerely,

*[signature]*

Edmond Banayan



EXHIBIT G

# BRUCE SAHBA, MD, FACG

## Diplomate American Board of Internal Medicine & Gastroenterology

8528 Ruette Monte Carlo  
La Jolla, CA 92037

Email: bsahba@aol.com,  858-568-2000

==============================================================================

7/5/2020

To whom it may concerned,

I am deeply honored to write this letter about Dr. Bruce Baker, formerly known as Behrooz Bakhshi. I have known and been associated with Dr. Baker for over 30 years. He has been by far more than a casual friend to me, since we have had numerous financial and family interactions in the past 30 years. I attest with no hesitation that I consider Dr. Bruce Baker a trustworthy, noble and caring person that I have ever known. I have no doubt that whoever has had any interaction with him has the same opinion as mine. He is known to be a great benefactor in our community.

For more information about this fine gentleman, I may be contacted at 858-568-2000 or email: bsahba@aol.com.

Bruce Sahba, MD, FACG

To whom it may concern:

I am honored to write a reference letter for my friend Dr. Baker whom I have known for the past 25 years. I have written several letters of recommendation for my fellow science and engineering colleagues nonetheless, in the 30 plus years of professional activities, there is no other person whom I feel demonstrates an abundance of positive qualities professionally and personally. Not only has Dr. Baker been a dentist for my children, he is also one of my dearest friends.

As a friend, Dr. Baker is a standout. He is loyal, considerate, and has always demonstrated the uncanny ability to truly understand things from the other person's perspective. Dr. Baker is a true motivator as he does the extra mile to bring the best out of his friends. Furthermore, Dr. Baker's warm personality and sense of humor make him a complete joy to be around.

Above all, what I admire the most in Dr. Baker is that he is a good human being. Dr. Baker 's charitable and motivational nature is not solely reserved for friends and family, but to complete strangers as well. Dr. Baker lives up to this mantra everyday by being a loving father and husband.

It is for these reasons above that I give Dr. Baker my personal recommendation. Should there be a need, please contact me via email or call at 619-892-2800 for additional information.

Sincerely.

Sep Yaghmaee

August 7, 2020

The Honorable Judge Cynthia Ann Bashant
U.S. District Court
Southern District of California
221 West Broadway
San Diego, CA 92101

RE: Dr. Bruce Baker

Dear Judge Bashant:

I recently became aware of the situation that Dr. Baker has placed himself in. I have known him and his family for over a decade and found them to be honorable, respectable and community minded.

I have been a public health leader in a variety of settings from being Director of the Arizona Department of Health Services, an Area Health Office for Los Angeles County and starting the first dental school in Arizona twenty years ago. I served as the Inaugural Dean for fifteen years and it was in that capacity that I first met Dr. Baker. I found him to be a man of integrity, committed to his community and generous in his efforts to help others.

I believe that he has acknowledged his bad behavior and is committed to making it right. I also believe that in his core he is a man of honor and has learned from his error and will make it right!

Additionally, I want you to know that I am a public member of the Arizona State Supreme Court, Attorney, Discipline, Probable Cause Committee and have learned about some good people doing bad things and correcting for it.

Thank you for your consideration.

Sincerely,

*[signature]*

Jack Dillenberg, DDS, MPH
P.O. Box J
Jerome, AZ 86331
602-751-5225

CS Scanned with CamScanner