| | |
|---|---|
| 1 | THOMAS J. WARWICK, JR. |
| | State Bar No. 56200 |
| 2 | GRIMES & WARWICK |
| | 101 West Broadway, Suite 810 |
| 3 | San Diego, CA 92101 |
| | Telephone: (619) 232-0600 |
| 4 | E-Mail: twarwick@grimesandwarwick.com |
| 5 | Attorney for Defendant |
| | Bruce Baker |
| 6 | |
| 7 | |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(HONORABLE CYNTHIA A. BASHANT)**

| | | | |
|---|---|---|---|
| 11 | UNITED STATES OF AMERICA, OF CALIFORNIA, | ) | Criminal Case No. 20CR1912-BAS |
| 12 | | ) | |
| 13 | Plaintiff, | ) | **PROOF OF SERVICE** |
| 14 | v. | ) | |
| 15 | BRUCE BAKER, | ) | |
| 16 | Defendant. | ) | |

17  I am a citizen of the United States and a resident of San Diego, California.  I am over

18 the age of eighteen years and am not a party to the above-entitled action.

19  On May 28, 2021, I served the following documents:

20  • **DEFENDANT'S SENTENCING MEMORANDUM**

21  • **DEFENDANT'S SENTENCING SUMMARY CHART**

22  BY ELECTRONIC FILING TO:

23   Michelle L. Wasserman

24  Michelle.Wasserman@usdoj.gov,CaseView.ECF@usdoj.gov,nicole.campana@usdoj.gov,Efile.dkt.mf@usdoj.gov

25

26 / / /

27 / / /

28 / / /

1     I declare under penalty of perjury that the foregoing is true and correct.

2   DATED: May 28, 2021                  Respectfully submitted,

                                                s/Thomas J. Warwick, Jr.
                                                THOMAS J. WARWICK, JR.
                                                Attorney for Defendant
                                                Bruce Baker