# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>BRUCE BAKER,<br><br>Defendant. | Case No.: 20-CR-1912-BAS<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**<br><br>[Doc. No. 48] |
|---|---|

In June 2021, Defendant Bruce Baker ("Mr. Baker") was convicted of conspiracy to defraud the United States and file false tax returns, for which he received a 36-month sentence. He self-surrendered and served his prison time without incident. His supervision has likewise been without any incident. Mr. Baker now moves for early termination of supervised release. Doc. No. 48. Neither the United States Attorney nor the United States Probation oppose the motion. *Id.* Doc. No. 48.

Pursuant to 18 U.S.C. § 3583(e)(1), the Court may terminate a defendant's term of supervised release at any time after the expiration of one year of supervision if the Court is "satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." Mr. Baker has completed 2 of the 3 years. Upon due consideration of the applicable factors set forth in 18 U.S.C.

1 § 3553(a), the interests of justice, and the Defendant's conduct, the Court
2 **GRANTS** the motion.
3     Accordingly, pursuant to 18 U.S.C. § 3583(e)(1), the Court hereby
4 **TERMINATES** the term of supervised release in this case and **DISCHARGES**
5 Mr. Baker for the reasons set forth above as of the date this Order is filed.
6     **IT IS SO ORDERED.**

7 Dated: May 28, 2024      _____
8     Hon. Cynthia Bashant
    United States District Judge